UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

TOMAS PEREZ,

    Plaintiff,

v.

BARRICK GOLDSTRIKE MINES, INC., a foreign corporation,

    Defendant.

Case No.: 3:19-cv-67-RCJ-WGC

**ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR RECONSIDERATION OR TO CERTIFY FOR INTERLOCUTORY APPEAL**

**[FIRST REQUEST]**

It is hereby stipulated by and between the parties, through their respective counsel, that Plaintiff, TOMAS PEREZ, (hereinafter referred to as "Plaintiff"), shall have an extension from Friday, October 1, 2021 to and including **Friday, October 15, 2020**, in which to file his Response to Defendant's Motion for Reconsideration or to Certify for Interlocutory Appeal (ECF No. 38). Additionally, the Defendant BARRICK GOLDSTRIKE MINES, INC. shall have a reciprocal extension to and including October 29, 2021, in which to file its Reply to Plaintiff's Response. This stipulation is submitted and based upon the following:

This is the first request for an extension of this deadline. The parties provide the following information to the Court regarding the proposed extension of time:

    1. Plaintiff's counsel has been delayed in completing work over the past several

1

weeks due to illness in his family that he has been required to attend to. He has informed Defendant's Counsel of the details of this and the parties agree to a two week extension of the Plaintiff's deadline to file an Opposition.

2. There are no other deadlines or proceedings with which this extension would interfere.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

DATED this 28th day of September, 2021.                    DATED this 28th day of September, 2021.

    /s/ James P. Kemp                                         /s/ David C. Castleberry
James P. Kemp, Esq                                               David C. Castleberry, Esq.
KEMP & KEMP                                                      MANNING CURTIS BRADSHAW & BEDNAR,
7435 West Azure Drive, Suite 110                                 136 East South Temple, Suite 1300
Las Vegas, NV 89130                                              Salt Lake City, UT  84111
(702) 258-1183/ 258-6983 fax                                     (801) 363-5678 / 364-5678 fax
Attorney for Plaintiff                                           Attorneys for Defendant

**IT IS SO ORDERED**

_____
U.S. DISTRICT COURT JUDGE

Dated: September 29, 2021.