MICHELLE D. ALARIE
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
MAlarie@ArmstrongTeasdale.com

DAVID C. CASTLEBERRY
Nevada Bar. No. 8981
MANNING CURTIS BRADSHAW
  & BEDNAR PLLC
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
Telephone: 801.363.5678
Facsimile: 801.364.5678
dcastleberry@mc2b.com

*Attorneys for Defendant Barrick Goldstrike Mines, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOMAS PEREZ,<br><br>　　　　Plaintiff,<br>v.<br><br>BARRICK GOLDSTRIKE MINES, INC., a foreign corporation,<br><br>　　　　Defendant. | CASE NO. 3:19-cv-00067-RCJ-WGC<br><br>**STIPULATED MOTION TO EXTEND JOINT PRE-TRIAL ORDER DEADLINE (SECOND REQUEST)** |

　　　Pursuant to LR 26-3 and LR IA6-1, Defendant Barrick Goldstrike Mines, Inc. ("Barrick") and Plaintiff Tomas Perez ("Perez") move the Court for a stipulated extension to the current March 21 deadline (ECF No. 44) to file the Joint Pretrial Order required by LR 16-3. The parties

request until April 15, 2022, to submit the Joint Pretrial Order. This is the second requested extension concerning the Joint Pretrial Order. The prior extension was requested to allow the parties to conduct a settlement conference, which was ultimately unsuccessful (*see* ECF Nos. 41 & 44). As explained below, there is good cause for the request. The current request is necessary, among other reasons, to allow Plaintiff's counsel time to care for his ailing mother, who was recently transferred to a hospice facility.

According to ECF No. 44, the Parties Joint Pretrial Order is currently due on March 21, 2022, which is 45 days after the February 3, 2022, Settlement Conference. *See* ECF Nos. 44, 45, & 48. Consistent with the obligations under the local rule, in a conversation during the week of February 14, 2022, Plaintiff's counsel affirmed to Barrick's counsel that he would provide to Barrick a draft pretrial order.  Barrick's counsel followed up concerning the pretrial order via email on March 3, 2022, and March 10, 2022.  On March 11, Perez's counsel responded via email, explaining that "we may need an additional couple of weeks." In addition to unplanned work issues and a planned anniversary vacation, Perez's counsel explained that "I just learned that my mother has been placed in hospice . . . I anticipate that I will be on bereavement leave for a period when I get back." Barrick and Mr. Perez agree that an extension is appropriate in these circumstances.

Due to these unplanned circumstances, as well as the fact that this extension request is the first since settlement negotiations took place, good cause exists to grant the requested extension. The parties respectfully request until April 15, 2022, to file their Joint Pretrial Order.

DATED this 14th day of March, 2022.

By: */s/ David C. Castleberry*
DAVID C. CASTLEBERRY
Nevada Bar. No. 8981
MANNING CURTIS BRADSHAW
   & BEDNAR PLLC
136 East South Temple, Suite 1300
Salt Lake City, Utah  84111
Telephone No.:  (801) 363-5678
Facsimile No.:  (801) 364-5678
dcastleberry@mc2b.com

MICHELLE D. ALARIE
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
MAlarie@ArmstrongTeasdale.com

*Attorneys for Defendant*

By:  */s/ James P. Kemp (signed with permission)*
James P. Kemp, Esq.
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Dr., Ste. 110
Las Vegas, Nevada 89103
Telephone: (702) 258-1183
Facsimile: (702) 258-6983
jp@kemp-attorneys.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 29, 2022