**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\*\*\*

| | |
|---|---|
| TOMAS PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>BARRICK GOLDSTRIKE MINES, INC., a foreign corporation,<br><br>    Defendant. | Case No.:   3:19-cv-67-RCJ-CSD<br><br>**ORDER TO EXTEND DEADLINE FOR FILING JOINT PRE-TRIAL ORDER**<br><br>**[THIRD REQUEST]** |

    Pursuant to LR IA 6-1 and LR 26-3, Defendant Barrick Goldstrike Mines, Inc. ("Defendant") and Plaintiff Tomas Perez ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend the deadline to file the Joint Pretrial Order in this case from the current deadline of April 15, 2022 (ECF No. 50) to and including **May 16, 2022**.

    The reasons for this third request to extend this deadline is that Plaintiff's counsel was called to trial in California on March 30, 2022, just nine days after his first day back from vacation and while that trial was taking place his mother passed away on April 1, 2022.  Plaintiff's counsel is in mourning and dealing with personal business matters as the Personal Representative of his mother's estate.

Further, Defense counsel has a pre-planned vacation during the last two weeks of April 2022 which means that the parties will not have a meaningful chance to work on the Joint Pretrial order until approximately the first week of May.

This request for extension is made in good faith and for good reason and not for purposes of delay.

Respectfully submitted,

Dated this 8th day of April, 2022,                              Dated this 8th day of April, 2022,

|  |  |
|---|---|
| /s/ James P. Kemp | /s/ David C. Castleberry |
| James P. Kemp, Esq. | David C. Castleberry, Esq. |
| Bar No. 6375 | Bar No. 8981 |
| KEMP & KEMP ATTORNEYS AT LAW | MANNING CURTIS BRADSHAW |
| 7435 West Azure Drive, Suite 110 | & BEDNAR PLLC |
| Las Vegas, NV 89130 | 136 East South Temple, Suite 1300 |
| (702) 258-1183/ 258-6983 fax | Salt Lake City, UT 84111 |
| *Attorney for Tomas Perez* | (801) 363-5678/ (801) 364-5678 fax |
|  | dcastleberry@mc2b.com |

Michelle D. Alarie, Esq.
Bar No. 11894
ARMSTRONG TEASDALE LLP

*Attorneys for Barrick Goldstrike Mines Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: April 11, 2022