**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\*\*\***

| | |
|---|---|
| TOMAS PEREZ,<br><br>         Plaintiff,<br><br>v.<br><br>BARRICK GOLDSTRIKE MINES, INC., a foreign corporation,<br><br>         Defendant. | Case No.:   3:19-cv-67-RCJ-CSD<br><br>**ORDER TO EXTEND DEADLINE FOR FILING JOINT PRE-TRIAL ORDER**<br><br>**[FOURTH REQUEST]** |

Pursuant to LR IA 6-1 and LR 26-3, Defendant Barrick Goldstrike Mines, Inc. ("Defendant") and Plaintiff Tomas Perez ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend the deadline to file the Joint Pretrial Order in this case from the current deadline of May 16, 2022 (ECF No. 50) to and including **May 23, 2022**.

The reasons for this fourth request to extend this deadline is that both attorneys have had out of town travel for business or personal matters.  Plaintiff's counsel was away from April 29 through May 8 to accompany his wife to her American Academy of Adoption Attorney's annual CLE conference in New York City and for a long-planned prepaid trip to The Kentucky Derby. Defense counsel has a pre-planned vacation during the last two weeks of April.  Defendant's counsel is attending a CLE in St. George, Utah this week.

The parties are working on a draft of the Joint Pretrial Order and it is coming along, but it is still being refined and the parties will need approximately one more week to finalize this comprehensive document.

This request for extension is made in good faith and for good reason and not for purposes of delay.

Respectfully submitted,

Dated this 13th day of May, 2022,                                Dated this 13th day of May, 2022,

_____/s/ James P. Kemp_____                                _____/s/ David C. Castleberry_____
James P. Kemp, Esq.                                              David C. Castleberry, Esq.
Bar No. 6375                                                     Bar No. 8981
KEMP & KEMP ATTORNEYS AT LAW                                     MANNING CURTIS BRADSHAW
7435 West Azure Drive, Suite 110                                 & BEDNAR PLLC
Las Vegas, NV 89130                                              136 East South Temple, Suite 1300
(702) 258-1183/ 258-6983 fax                                     Salt Lake City, UT 84111
*Attorney for Tomas Perez*                                       (801) 363-5678/ (801) 364-5678 fax
                                                                 dcastleberry@mc2b.com

                                                                 Michelle D. Alarie, Esq.
                                                                 Bar No. 11894
                                                                 ARMSTRONG TEASDALE LLP

                                                                 *Attorneys for Barrick Goldstrike Mines Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: \_May 13, 2022_____