# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

| | |
|---|---|
| TOMAS PEREZ, | Case No.: 3:19-cv-00067-RCJ-CSD |
| Plaintiff, | |
| v. | **STIPULATION FOR THE ENTRY OF DOCUMENTS AS TRIAL EXHIBITS** |
| BARRICK GOLDSTRIKE MINES, INC., a foreign corporation, | |
| Defendant. | Trial Date: November 7, 2022<br>Trial Time: 8:30 a.m. |

Pursuant to LR 7-1 Defendant Barrick Goldstrike Mines, Inc. ("Defendant") and Plaintiff Tomas Perez ("Plaintiff"), by and through their undersigned counsel, hereby stipulate that the documents listed in the attached Joint Exhibit List, numbered 1-33, once appropriately marked, shall be entered into evidence as exhibits in the jury trial in this action set for November 7, 2022 at 8:30 a.m.

///

///

///

1

These will be referred to as simply "exhibit number ___" or "joint exhibit number___" and not as either "plaintiff's" or "defendant's." The parties shall file amended Plaintiff's and Defendant's Exhibit Lists to include and reflect only those exhibits that each is submitting that have not yet been stipulated to.

Respectfully submitted,

Dated this 27th day of October, 2022,    Dated this 27th day of October, 2022,

/s/James P. Kemp    /s/Trevor Lee
James P. Kemp, Esq.    David C. Castleberry, Esq.
Bar No. 6375    Bar No. 8981
KEMP & KEMP ATTORNEYS AT LAW    MANNING CURTIS BRADSHAW
7435 West Azure Drive, Suite 110    & BEDNAR PLLC
Las Vegas, NV 89130    136 East South Temple, Suite 1300
(702) 258-1183/ 258-6983 fax    Salt Lake City, UT 84111
*Attorney for Tomas Perez*    (801) 363-5678/ (801) 364-5678 fax
dcastleberry@mc2b.com

Trevor Lee, Esq. (Pro Hac Vice)
MANNING CURTIS BRADSHAW &
BEDNAR PLLC
136 East South Temple, Suite 1300
Salt Lake City,UT 84111
(801) 363-5678/(801) 364-5678(fax)
tlee@mc2b.com

Michelle D. Alarie, Esq.
Bar No. 11894
ARMSTRONG TEASDALE LLP

*Attorneys for Barrick Goldstrike Mines Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: NOVEMBER 1, 2022.

2

EXHIBIT LIST    page  1

Case #   3:19-cv-00067-RCJ-CSD
Caption:  PEREZ v. BARRICK GOLDSTRIKE

Exhibits for:  JOINT EXHIBIT LIST

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 1 | | Notice of Injury Incident Report<br><br>BARRRICK *1 |
| | | 2 | | Barrick's FMLA Leave Policy<br><br>BARRICK *400-405 |
| | | 3 | | Injury and Illness Management Standard<br><br>BARRICK *541-549 |
| | | 4 | | Standards of Conduct Policy (Revised January 2011)<br><br>BARRICK *51-60 |
| | | 5 | | Perez Signed Acknowledgment for Standards of Conduct Policy<br><br>BARRICK *109 |

EXHIBIT LIST        page 2

Case #   3:19-cv-00067-RCJ-CSD
Caption:  PEREZ v. BARRICK GOLDSTRIKE

Exhibits for:  JOINT EXHIBIT LIST

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
|  |  | 6 |  | Nov 1 Medical Return to Work Form<br><br>BARRICK *30-34 |
|  |  | 7 |  | Nov 1 Worker Compensation Notes<br><br>BARRICK *62 |
|  |  | 8 |  | Nov 6 Medical Return to Work Form<br><br>BARRICK *38-41 |
|  |  | 9 |  | Nov 6 Worker Compensation Notes<br><br>BARRICK *35-37 |
|  |  | 10 |  | Nov 16 Medical Return to Work Form<br><br>BARRICK *29 |

EXHIBIT LIST          page  3

Case #   3:19-cv-00067-RCJ-CSD
Caption:  PEREZ v. BARRICK GOLDSTRIKE

Exhibits for:  JOINT EXHIBIT LIST

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 11 | | Nov 16 Workers Compensation Notes<br><br>BARRICK *44-45 |
| | | 12 | | Mine Investigation Video of Accident Scene (2 videos)<br><br>a) Mine Wall Video 1 BARRICK *527<br>b) Mine Wall Video 2 BARRICK *528 |
| | | 13 | | Mine Accident Injury Illness Report<br><br>BARRICK *480-481 |
| | | 14 | | Incident Reporting and Investigation Standard<br><br>BARRICK *406-418 |
| | | 15 | | Internal Email re workers compensation Paperwork<br><br>BARRICK *497-499 |

EXHIBIT LIST       page  4

Case #   3:19-cv-00067-RCJ-CSD
Caption:  PEREZ v. BARRICK GOLDSTRIKE

Exhibits for:  JOINT EXHIBIT LIST

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 16 | | Perez Statement <br><br> BARRICK *746 |
| | | 17 | | Gonzales Statement No. 2 <br><br> BARRICK *442 |
| | | 18 | | Hatch Statement <br><br> BARRICK *445 |
| | | 19 | | Johnson Statement <br><br> BARRICK *444 |
| | | 20 | | Photos of Perez's Haul Truck <br> Nov 14 Email Attaching Various Photos <br><br> BARRICK *457-473 |

EXHIBIT LIST        page  5

Case #   3:19-cv-00067-RCJ-CSD
Caption:  PEREZ v. BARRICK GOLDSTRIKE

Exhibits for:  JOINT EXHIBIT LIST

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 21 | | Termination Letter<br><br>BARRICK *61 |
| | | 22 | | Perez's Pay Slips<br><br>BARRICK *397-399 |
| | | 23 | | Email Exchange re Perez Meeting<br><br>BARRICK *753-755 |
| | | 24 | | November 2017 Email Chain regarding treatment and claim status<br><br>**Barrick 482-486** |
| | | 25 | | November 2017 Email Chain regarding terminating Tomas Perez<br><br>**Barrick 508-512** |

EXHIBIT LIST          page  6

Case #   3:19-cv-00067-RCJ-CSD
Caption:  PEREZ v. BARRICK GOLDSTRIKE

Exhibits for:  JOINT EXHIBIT LIST

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
|  |  | 26 |  | 11/10/17 Gallagher Bassett Workers' Comp Claim Denial Letter<br><br>**Barrick 5-6** |
|  |  | 27 |  | November 2017 Emails Regarding Denying Workers' Comp Claim<br><br>**Barrick 446-452** |
|  |  | 28 |  | November 2017 Gallagher Bassett Workers' Comp Claim Notes<br><br>**Barrick 42** |
|  |  | 29 |  | 11/20/17 Separation Report-Not Eligible for Rehire<br><br>**Barrick 519** |
|  |  | 30 |  | Standards of Conduct Policy (9 page version)<br><br>**Barrick 430-438** |

EXHIBIT LIST          page 7

Case #   3:19-cv-00067-RCJ-CSD
Caption:  PEREZ v. BARRICK GOLDSTRIKE

Exhibits for:  JOINT EXHIBIT LIST

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 31 | | Plaintiff's W-2 Forms<br><br>**Barrick 84-89** |
| | | 32 | | Barrick Nevada Hourly Bonus Policy<br><br>**Barrick 419-429 ECF No. 29-3 at 15-25 of 25** |
| | | 33 | | Perez Form C-4 Employee's Claim for Compensation/Report of Initial Treatment<br><br>Plaintiff's 10020 |
| | | 34 | | |
| | | 35 | | |